Terri-Lei O'Malley, Renata Ann Gowie, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

George David Rebant, Pro Se

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

George David Rebant, federal prisoner # 93999-279, seeks leave to proceed in forma pauperis (IFP) on appeal. He challenges the denial of his motion for reconsideration of the denial of his IFP motion in the district court. His IFP motion was filed in connection with his appeal of the district court's denial of his 18 U.S.C. § 3582(c)(2) motion seeking a sentence reduction. This court previously dismissed Rebant's appeal from the denial of his § 3582(c)(2) motion. *United States v. Rebant*, No. 15-40773 (5th Cir. Nov. 19, 2015) (order dismissing appeal as untimely).

Rebant does not address the district court's reasons for denying his IFP motion. When an appellant fails to identify any error in the district court's analysis, it is the same as if the appellant had not appealed that issue. *Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987); *see also* FED. R. APP. P. 28(a)(8). Thus, Rebant's motion to proceed IFP is DENIED, and his appeal is DISMISSED.

**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Sergio MALTOS-ESTRADA,
Defendant-Appellant**

No. 15-51236
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 11/23/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Sergio Maltos-Estrada, Pro Se

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sergio Maltos-Estrada has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Maltos-Estrada has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.